UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PRINCE KENNEDY,<br><br>          Petitioner,<br><br>   v.<br><br>PAT GLEBE.<br><br>          Respondent. | CASE NO. 11-cv-5496BHS<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS AND DIRECTING PETITIONER TO PROVIDE ONE ADDITIONAL COPY OF THE PETITION FOR SERVICE |

The petitioner in this action is seeking a habeas corpus relief from state convictions and sentences. He is entitled to in forma pauperis status. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and (B) and Local Magistrate Judge Rules MJR 3 and MJR 4.

Petitioner's application for leave to proceed in forma pauperis, (ECF No. 1), is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

ORDER GRANTING IN FORMA PAUPERIS
STATUS AND DIRECTING PETITIONER TO
PROVIDE ONE ADDITIONAL COPY OF THE
PETITION FOR SERVICE - 1

1  The court has one copy of the petition on file for service. A second copy is
2  needed. Petitioner will have until August 19, 2011, to provide the second copy of the 124
3  page document. Failure to provide a second copy will delay service of the petition and
4  may result in a Report and Recommendation that the petition be dismissed for lack of
5  prosecution and failure to comply with a court order.

Dated this 22nd day of July, 2011.

J. Richard Creatura
United States Magistrate Judge