UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PRINCE KENNEDY,

                Petitioner,

v.

PAT GLEBE,

                Respondent.

CASE NO. C11-5496BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    The petition is **DISMISSED without prejudice**.

Dated this 13th day of December, 2011.

                              BENJAMIN H. SETTLE
                              United States District Judge

ORDER