# United States District Court

WESTERN DISTRICT OF WASHINGTON

PRINCE KENNEDY

v.

PAT GLEBE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5496BHS

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**; and

The petition is **DISMISSED without prejudice**.


December 14, 2011
Date

WILLIAM M. McCOOL
Clerk


*s/CM Gonzalez*
Deputy Clerk